AB:MEF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA

    -against-

MICHAEL D. WATTS,
    also known as
    "Turtle,"

    Defendant.

REMOVAL TO THE
DISTRICT OF MARYLAND

(Fed. R. Crim. P. 5)

18-MJ-451

----------------------------X

EASTERN DISTRICT OF NEW YORK, SS:

    JOSEPH LEAR, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI") duly appointed according to law and acting as such.

    Upon information and belief, on or about May 10, 2018, an arrest warrant was issued by the United States District Court for the DISTRICT OF MARYLAND commanding the arrest of defendant MICHAEL D. WATTS for interference with interstate commerce by robbery and the brandishing of a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Sections 1951(a) and 924(c).

    The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all the relevant facts and circumstances of which I am aware.

1

1. On or about May 10, 2018, the defendant MICHAEL D. WATTS was charged by Complaint in the United States District Court for the DISTRICT OF MARYLAND with interference with interstate commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), and the brandishing of a firearm during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c). An arrest warrant for WATTS was issued, a true and correct copy of which is attached hereto as Exhibit A. A true and correct copy of the Complaint and supporting affidavit are attached hereto as Exhibit B.

2. In connection with their investigation, FBI agents in Maryland obtained information that indicated that the defendant resided in Brooklyn, New York.

3. On or about May 17, 2018, the defendant MICHAEL D. WATTS was located at his girlfriend's residence in Queens, New York and arrested by FBI agents.

4. I have reviewed photographs of the defendant MICHAEL D. WATTS wanted in the DISTRICT OF MARYLAND and compared them to the defendant MICHAEL D. WATTS. The defendant also identified himself as MICHAEL D. WATTS, and admitted in a post-arrest interview, after being read his Miranda rights, that he committed the armed robbery described in Exhibit B. Based on this information, I believe that the defendant is the same person wanted in the DISTRICT OF MARYLAND.

WHEREFORE your deponent respectfully requests that the defendant MICHAEL D. WATTS be removed to the DISTRICT OF MARYLAND so that he may be dealt with according to law.

_____
Joseph Lear
Special Agent
Federal Bureau of Investigation

Sworn to before me this
18th day of May, 2018

_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

3

**EXHIBIT A**

Case 1:18-mj-00451-RML Document 1 Filed 05/18/18 Page 5 of 13 PageID #: 5
Case 1:18-mj-01407-BPG Document 3-1 Filed 05/22/18 Page 5 of 13
Case 1:18-mj-01407-BPG Document 2 Filed 05/10/18 Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael D. Watts, | ) | Case No. 18-1407BPG |
| a/k/a "Turtle" | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

FILED _____ ENTERED _____
_____ LOGGED _____ RECEIVED
MAY 10 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL D. WATTS, a/k/a "Turtle",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interference with Interstate Commerce by Robbery, 18 U.S.C. § 1951(a)
Use, Carry, Brandish of a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)

Date: 05/10/2018

*Issuing officer's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**EXHIBIT B**

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 7 of 13 PageID #: 7
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 7 of 13
Case 1:18-mj-01407-BPG   Document 1   Filed 05/10/18   Page 1 of 1

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED

MAY 10 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Michael D. Watts,<br>a/k/a "Turtle"<br><br>Defendant(s) | Case No. 18-1407 BPG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 22, 2018__ in the county of __Wicomico__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with Interstate Commerce by Robbery |
| 18 U.S.C. § 924(c) | Using, Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph M. Lear, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __05/10/2018__

_____
Judge's signature

City and state: __Baltimore, Maryland__   Beth P. Gesner, Chief U. S. Magistrate Judge
Printed name and title

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 8 of 13 PageID #: 8
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 8 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 1 of 6

18 -1 4 0 7 BPG

## Affidavit in Support of Criminal Complaint

Your affiant, Joseph Lear, is a Special Agent of the Federal Bureau of Investigation ("FBI") and I am currently assigned to a Baltimore Division, Salisbury Resident Agency. I have worked for the FBI since 2004 and have participated in numerous investigations focusing on violent crimes, to include, bank robberies, Hobbs Act robberies, kidnappings, extortions, and fugitives. I have also participated in the execution of numerous state and federal search and arrest warrants involving violent offenders.

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

2. I am familiar with the facts provided herein as the lead federal investigator of the January 22, 2018, Loomis Armored vehicle robbery that occurred in Salisbury, Maryland. I am only including information sufficient to establish probable cause and make evident the persons further identified below robbed the Loomis Armored vehicle.

3. Loomis Armored US, LLC, (Loomis) currently operates as a division of Loomis AB with operations in the United States, Europe, and South America. As the largest integrated cash distribution network in the United States – with nearly 200 locations, 9,000+ employees, and 3,000+ vehicles – Loomis provides cash-handling products and services to financial institutions and commercial/retail businesses nationwide.

4. On Monday, January 22, 2018, at approximately 7:15 a.m., the Salisbury Police Department responded to the armed robbery of a Loomis Armored vehicle that was parked at a branch of State Employees' Credit Union (SECU) located at 1101 Mt. Hermon Road, Salisbury,

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 9 of 13 PageID #: 9
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 9 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 2 of 6

Wicomico County, Maryland. The Loomis vehicle driver reported that as he was serving an automatic teller machine ("ATM") at the SECU location, men approached him one of whom was displaying a handgun, and demanded money from the ATM as well as the Loomis Armored vehicle he was operating. The Loomis vehicle driver was then disarmed of his service handgun and restrained. Thereafter, two additional men approached, and the driver was taken back to the Loomis Armored vehicle where the men demanded money from the Loomis Armored vehicle and ATM.

5. Subsequent review of surveillance camera imagery from nearby businesses showed that as the Loomis vehicle driver was removing cash cassettes from the ATM, a sole black male (Suspect 1) approached the driver and placed a gun to his head. Suspect 1 took the driver's service handgun, grabbed him by the hair and ordered the Loomis vehicle driver to open the door of the Loomis vehicle. When the passenger side door of the Loomis vehicle was opened, two additional suspects (Suspect 2 and Suspect 3) dressed in dark clothing appear and remove several bags of money from the Loomis vehicle. Suspect 2 immediately flees to the east of the area while carrying bags of money. Suspect 1 removes zip ties from within clothing on his person, and Suspect 3 forced the Loomis vehicle driver in to the Loomis vehicle where he used the zip ties to secure the driver in the back of the Loomis vehicle. Both Suspects 1 and 3 then flee the area with bags of currency and cash cassettes from the ATM. The robbers stole $1,324,288 from the Loomis Armored vehicle and ATM.

6. In the immediate aftermath of the robbery, law enforcement and Loomis offered reward money for information leading to the identification and apprehension of the perpetrators. An informant advised that he/she had heard information that Orneth SOUTH's son was talking about his father, who reportedly ran a robbery crew, having recently scored a big hit, and he was

2

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 10 of 13 PageID #: 10
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 10 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 3 of 6

disappointed that he, Orneth South's son, was not cut in on the activity. This tip led investigators to investigate Orneth SOUTH – who then resided in North Carolina – as a possible suspect. A review of law enforcement reporting revealed that in 2017, SOUTH had been detained by law enforcement, along with Ryan SMITH, on suspicion that they were "casing" a bank for an intended robbery in North Carolina. During contact with law enforcement, SMITH advised he was from Maryland and visiting North Carolina. Investigation later confirmed SMITH was then living near Salisbury, Maryland. Further review of surveillance camera imagery from nearby businesses recorded around the time of the Loomis robbery indicated a vehicle possibly used to getaway from the Loomis robbery appeared similar to a vehicle associated with SMITH – a white 2005 GMC Envoy.

7. Unbeknownst to the robbers, part of their conversation with the Loomis vehicle driver was recorded by a device in the vehicle. A person who was well familiar with Orneth SOUTH's voice listened to the recording and unequivocally identified him as the person referred to above as Suspect 1. In the meantime, it was learned that SMITH had transferred ownership of his vehicle to a female companion approximately 10 days after the robbery.

8. As the investigation focused on SOUTH, SMITH, an unknown third, and possibly fourth robber; it was learned that Dade County, FL, had a warrant for the arrest of SMITH for a 2014 armed robbery of a pawn shop. Pursuant to that warrant, SMITH was arrested by the US Marshals Service Capital Area Regional Fugitive Task Force on April 10, 2018.

9. On April 17, 2018, your affiant interviewed SMITH. Prior to questioning him, he was advised of his rights and waived his right to remain silent and have an attorney present. SMITH confessed to being involved in the Loomis Armored vehicle robbery, along with SOUTH and SOUTH's friend he only knows as "Thirsty," also known as "Turtle." SMITH did

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 11 of 13 PageID #: 11
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 11 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 4 of 6

not know "Turtle's" true identity, but acknowledged he was from New York and was a long-time friend of SOUTH's. SMITH also admitted that originally that one of the three robbers had a handgun but after they got back in their getaway car, there was another handgun that he assumed had come from the Loomis driver. Among other statements, SMITH also admitted his vehicle, ownership of which had since been transferred to a female companion, was used during the robbery. In the evening of April 17, 2018, law enforcement officers recovered $261,568, from two different locations after SMITH and his female companion disclosed the locations of the proceeds from the robbery.

10. On April 20, 2018, SOUTH was arrested in Charlotte, NC, voluntarily waived his *Miranda* rights, and agreed to speak with me and other law enforcement officers. SOUTH admitted to his own involvement in the Loomis Armored vehicle robbery, and like SMITH, implicated a third person, known to him as "Turtle." SOUTH said "Turtle" was from Brooklyn, New York and a friend of his for over 20 years. According to SOUTH, "Turtle" took a bus from New York to North Carolina prior to the robbery and met up with South. The two of them then drove a rental car from North Carolina to Maryland, where they picked up SMITH, and robbed the Loomis armored car.

11. During the search of SOUTH's residence, investigators seized the following items: .45 caliber magazine; approximately $270,000 United States currency; two handguns (neither of which was a .45 caliber); body armor; and jewelry.

12. Subsequent investigation and analysis revealed that "Turtle" is Michael D. WATTS, born XXXXX XX, 1976. Law enforcement records reflect that WATTS, was born in New York (where SOUTH is from) and has the alias "Turtle Watts" associated with him.

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 12 of 13 PageID #: 12
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 12 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 5 of 6

13. Further investigation revealed that on or about January 15, 2015, Charlotte-Mecklenburg (North Carolina) Police responded to a domestic violence complaint involving SOUTH and his girlfriend. WATTS was a witness to the incident and was interviewed by the police and his identification was obtained. Law enforcement officials obtained two (2) earlier arrest photo of WATTS, provided by the State of New York, both of which appeared similar to imagery of the heretofore unknown third robber in the Loomis armored car robbery.

14. Additionally, when SOUTH and WATTS drove from NC to MD to commit the robbery, they transited the Chesapeake Bay Bridge Tunnel, from which surveillance camera images of SOUTH operating the rental car were obtained. SOUTH's passenger can be seen and appears to be someone who looks like WATTS' arrest photos from the State of New York.

15. On May 7, 2018, SMITH was shown the earlier arrest photo of WATTS and advised he was the third of the Loomis Armored vehicle robbers, known to him as "Turtle." Law enforcement has identified the following addresses as being associated with WATTS: 1043 Rogers Avenue, Unit 1 FT, Brooklyn, NY, and 149 McKinley Avenue, Unit 1, Brooklyn, NY. Possible phone numbers for WATTS are 347 233-8212 (mobile), and 347 322-6980 (land line).

**Conclusion**

Accordingly, I respectfully submit there is probable cause to believe that Orneth SOUTH, Ryan SMITH and Michael D. WATTS, also known as "Turtle," committed the armed robbery of the Loomis armored vehicle on January 22, 2018, in violation of 18 U.S.C. §§ 924(c), and 1951(a).

Joseph M. Lear, Special Agent
Federal Bureau of Investigation

Case 1:18-mj-00451-RML   Document 1   Filed 05/18/18   Page 13 of 13 PageID #: 13
Case 1:18-mj-01407-BPG   Document 3-1   Filed 05/22/18   Page 13 of 13
Case 1:18-mj-01407-BPG   Document 1-1   Filed 05/10/18   Page 6 of 6

18 - 1 4 0 7 BPG

Subscribed and sworn to before me this 10 TH day of May, 2018.

_____
Beth P. Gesner
Chief United States Magistrate Judge